# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LEO LIONEL ALVAREZ, | Case No. 3:24-cv-00162-MMD-CLB |
| Petitioner, | ORDER |
| v. | |
| STEVE B. WOLFSON, *et al*., | |
| Respondents. | |

Leo Lionel Alvarez has submitted a *pro se* 28 U.S.C. § 2254 petition for writ of habeas corpus and application to proceed *in forma pauperis* to this Court. (ECF Nos. 1, 1-1.) Based on the current information about Petitioner's financial status, including any additional information he may have provided, the Court finds that he is able to pay the full fee under 28 U.S.C. § 1915.

It is therefore ordered that Petitioner's motion for leave to proceed *in forma pauperis* without having to prepay the full filing fee (ECF No. 1) is denied. Petitioner has 30 days from the date this order is entered to have the $5.00 filing fee sent to the Clerk of Court. Failure to pay the filing fee within 30 days may result in the dismissal of this action without prejudice and without further prior notice. The Clerk is directed to retain the petition but not file it at this time.

DATED THIS 30th Day of April 2024.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE