UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LEO LIONEL ALVAREZ, | Case No. 3:24-cv-00162-MMD-CLB |
| Petitioner, | ORDER |
| v. | |
| STEVE B. WOLFSON, *et al.*, | |
| Respondents. | |

The Court denied *pro se* 28 U.S.C. § 2254 habeas petitioner Leo Lionel Alvarez's application to proceed *in forma pauperis* and directed him to pay the $5.00 filing fee within thirty days. (ECF No. 3.) That order was served on Alvarez at his address of record. More than the allotted time has passed, and Alvarez has not paid the fee or contacted the Court in any manner about the fee. He was expressly advised that failure to comply with the Court's order would result in the dismissal of the petition. Accordingly, the petition is dismissed without prejudice for failure to comply with this Court's order to pay the filing fee.

It is therefore ordered that the Clerk of Court detach and file the petition (ECF No. 1-1).

It is further ordered that this action is dismissed without prejudice as set forth in this order.

It is further ordered that a certificate of appealability will not issue.

It is further ordered that the Clerk of Court enter judgment accordingly and close this case.

DATED THIS 28th Day of June 2024.

_____
MIRANDA M. DU
CHIIEF UNITED STATES DISTRICT JUDGE