UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| LEO LIONEL ALVAREZ, | Case No. 3:24-cv-00162-MMD-CLB |
|---|---|
| Petitioner, | ORDER |
| v. | |
| STEVE B. WOLFSON, *et al.*, | |
| Respondents. | |

Respondents seek an extension of time to file an answer to Leo Lionel Alvarez's 28 U.S.C. § 2254 petition for a writ of habeas corpus. (ECF No. 19.) The Court finds the request is made in good faith and not for the purposes of delay, and, therefore, good cause exists to grant the extension.

It is therefore ordered that Respondents' unopposed motion for extension of time to file an answer to the petition (ECF No. 19) is granted *nunc pro tunc*. The deadline is extended to October 28, 2025.

DATED THIS 3rd Day of September 2025.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE