UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LEO LIONEL ALVAREZ,<br><br>　　　　　　　　Plaintiff,<br>　v.<br>STEVE B. WOLFSON, *et al.*,<br>　　　　　　　　Defendants. | Case No. 3:24-cv-00162-MMD-CLB<br><br>ORDER |

Respondents seek an extension of time to file a response to Leo Lionel Alvarez's 28 U.S.C. § 2254 petition for a writ of habeas corpus. (ECF No. 23.) The Court finds the request is made in good faith and not for the purposes of delay, and, therefore, good cause exists to grant the extension.

It is therefore ordered that Respondents' unopposed motion for extension of time to file a response to the petition (ECF No. 23) is granted *nunc pro tunc*. The deadline is extended to December 12, 2025.

DATED THIS 29th Day of October 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE