UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LEO LIONEL ALVAREZ, | Case No. 3:24-cv-00162-MMD-CLB |
| Petitioner, | ORDER |
| v. | |
| STEVE B. WOLFSON, *et al.*, | |
| Respondents. | |

Respondents have filed an unopposed motion for a 31-day extension of time to file their response to Petitioner Leo Lionel Alvarez's amended petition. (ECF No. 25 ("Motion").) This is Respondents' third request for an extension of this deadline. The Court finds good cause exists to grant the Motion.

It is therefore ordered that the Motion (ECF No. 25) is granted. Respondents have up to and including January 16, 2026 to file their response.

DATED THIS 15th Day of December 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE