UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LEO LIONEL ALVAREZ, | Case No.: 3:24-cv-00162-MMD-CLB |
| Petitioner, | ORDER |
| v. | |
| STEVE B. WOLFSON, *et al.*, | |
| Respondents. | |

This matter is before the Court on Respondents' Motion to Seal a state court motion to consolidate and presentence investigation report. (ECF No. 29 ("Motion to Seal").) Having reviewed and considered the matter in accordance with *Kamakana v. City and County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006) and its progeny, the Court finds that a compelling need to protect safety, privacy, and/or personal identifying information outweighs the public interest in open access to court records.

This matter is also before the Court on Respondents' unopposed motion for a 32-day extension of time to file their reply to the motion to dismiss. (ECF No. 35 ("Extension Motion").) This is Respondents' first request for an extension of this deadline. The Court finds good cause exists to grant the Motion.

It is therefore ordered that the Motion to Seal (ECF No. 29) is granted. Exhibits 4 and 39 (ECF Nos. 30-1, 30-2) are considered properly filed under seal.

///

///

///

It is further ordered that the Extension Motion (ECF No. 35) is granted. Respondents have up to and including March 23, 2026 to file their reply.

DATED THIS 19th Day of February 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

2