UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LEO LIONEL ALVAREZ,<br><br>                    Petitioner,<br>    v.<br><br>JEREMY BEAN,<br><br>                    Respondent. | Case No. 3:24-cv-00162-MMD-CLB<br><br>ORDER |

Before the Court is Respondent's motion for a 60-day extension of time to file his answer to the amended petition. (ECF No. 39 ("Motion").) This is Respondent's first request for an extension of this deadline. The Court finds good cause exists to grant the Motion.

It is therefore ordered that the Motion (ECF No. 39) is granted. Respondent has up to and including July 31, 2026, to file his answer.

DATED THIS 1st Day of June 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE