UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LEO LIONEL ALVAREZ,<br>Petitioner,<br>v.<br>JEREMY BEAN,<br>Respondent. | Case No. 3:24-cv-00162-MMD-CLB<br>ORDER |

This matter is before the Court on Respondent's motion for a 60-day extension of time to file his answer to the amended petition. (ECF No. 41 ("Motion").) This is Respondent's second request for an extension of this deadline. The Court finds good cause exists to grant the Motion.

It is therefore ordered that the Motion (ECF No. 41) is granted. Respondent has up to and including September 29, 2026, to file his answer.

DATED THIS 5th Day of August 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE