UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LEO LIONEL ALVAREZ, Petitioner, v. JEREMY BEAN, Respondent. | Case No. 3:24-cv-00162-MMD-CLB ORDER |

This matter is before this Court on Respondent's unopposed motion for a 45-day extension of time to file his answer to the amended petition. (ECF No. 43 ("Motion").) This is Respondent's third request for an extension of this deadline. The Court finds good cause exists to grant the Motion.

It is therefore ordered that the Motion (ECF No. 43) is granted. Respondent has up to and including November 13, 2026, to file his answer.

DATED THIS 29th Day of September 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE